[No. 21051-1-III.  Division Three.  August 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY CLELL WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00127-7, Rebecca M. Baker, J., entered February 8, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 21232-7-III.  Division Three.  August 21, 2003.]

CHARLES LONNIE SLOAN, SR., ET AL., *Respondents*, v. MIKE HARTMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-04240-7, Tari S. Eitzen, J., entered June 11, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 48450-8-I.  Division One.  August 25, 2003.]

*In the Matter of the Personal Restraint of* JERRY L. HARRIS, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49684-1-I.  Division One.  August 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN LEO MATTHEW EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00509-2, Michael F. Moynihan, J., entered December 6, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Becker, C.J., concurred in by Coleman and Schindler, JJ.